

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**BILL OF INFORMATION FOR
EMBEZZLEMENT AND THEFT OF LABOR UNION ASSETS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 05-315 |
| v. | * | SECTION: A MAG. 4 |
| ROY E. JONES, JR. | * | VIOLATION: 29 U.S.C. § 501(c) |

\* \* \*

The United States Attorney charges that:

### COUNT 1

A.     **AT ALL TIMES MATERIAL HEREIN:**

1. The defendant **ROY E. JONES, JR.** served as the President of the Communications Workers of America Local Union 3450 (the Union), a New Orleans area labor organization.

2. As President of the Union, the defendant **ROY E. JONES, JR.** occupied a position of trust in relation to such organization and its members as a group.

3. Therefore, it was **ROY E. JONES, JR.'S** duty to hold the Union's money and property solely for the benefit of the organization and its members and to manage, invest, and expend the same in accordance with its constitution and bylaws and any resolutions of the governing bodies adopted thereunder.



4.  As President of the Union, the defendant **ROY E. JONES, JR.** was responsible for and had access to the funds, monies and property of the Union, specifically the Union's bank account, Bank One Account No. XXXX8437 (Bank Account).

5.  The Union had only a single account, the Bank Account. The Bank Account was a checking account which required only one authorizing signature for transactions. All checks were signed by **ROY E. JONES, JR.**

6.  The Union was unable to obtain a credit card. However, the defendant **ROY E. JONES, JR.** used his personal American Express credit card, XXXX-XXXXXX-53003, as a "union" credit card with the "CWA Local 3450" heading emblazoned on the card.

**B.    THE EMBEZZLEMENT**

From on or about January 2000 through October 2003, in the Eastern District of Louisiana, the defendant **ROY E. JONES, JR.** while an officer, that is President, of the Communications Workers of America Local Union 3450, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and wilfully abstract and convert

to his own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $66,000.00; all in violation of Title 29, United States Code, Section 501(c).

JIM LETTEN
UNITED STATES ATTORNEY
Bar Roll No. 8514

JAN MASELLI MANN
Assistant United States Attorney
Chief, Criminal Division
Bar Roll No. 9020

J. BING SIMPSON
Assistant United States Attorney
Bar Roll No. 27464

New Orleans, Louisiana
December 7th, 2005

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☑ INFORMATION  ☐ INDICTMENT | CASE NO. 05-315 A MAG. 4 |

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment Information  ☐ Charges/Counts Added

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA — EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Evelyn W. Young
☑ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3000

Name of Asst. U.S. Attorney (if assigned): J. BING SIMPSON

USA vs.
Defendant: ROY E. JONES, JR.
Address: 8581 Wakefield Avenue
Baton Rouge, LA 70806

☐ Interpreter Required   Dialect: _____

Birth Date: 1/13/1944
☑ Male  ☐ Female
☐ Alien (if applicable)

Social Security Number: 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

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any):
OFFICE OF LABOR MANAGEMENT STANDARDS

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: New Orleans, LA   County

**DEFENDANT**

Issue: ☐ Warrant  ☑ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| | 29 U.S.C., Section 501(c) | Embezzlement Theft Of Labor Union Assets | 1 |
| | | | |
| | | | |
| | | | |